Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDREW JOHNSON

                                                          CASE NO. 11-CV-3833
                    Plaintiff(s),

          v.                                    STIPULATION AND [PROPOSED]
MIDLAND CREDIT MANAGEMENT,                      ORDER SELECTING ADR PROCESS
INC.

                    Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Court Processes:**
        ☐       Non-binding Arbitration (ADR L.R. 4)
        ☐       Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        ☑       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
        ☐       Private ADR (*please identify process and provider*)  _____

_____

The parties agree to hold the ADR session by:
        ☐       the presumptive deadline *(The deadline is 90 days from the date of the order
                referring the case to an ADR process unless otherwise ordered. )*

        ☐       other requested deadline _____

Dated: 10/31/2011                               /s/ Mahadhi Corzano_____
                                                Attorney for Plaintiff

Dated: 10/31/2011                               /s/ Arvin C. Lugay_____
                                                Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☑ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☑ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated:_____11/01/2011_____

_____
Judge Thelton E. Henderson
UNITED STATES DISTRICT JUDGE