<strong>UNITED STATES DISTRICT COURT</strong><br/>For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| ANDREW JOHNSON,<br>        Plaintiff, | No. C 11-3833 TEH |
|    v.<br>MIDLAND CREDIT MANAGEMENT, INC.,<br>et al.,<br>        Defendants.<br>_____/ | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      January 20, 2012<br>Mediator: Constance Yu |

IT IS HEREBY ORDERED that the request to excuse defendant Midland Credit Management, Inc.'s representative, Andrew Asch, from appearing in person at the January 20, 2012, mediation before Constance Yu is GRANTED. Mr. Asch shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

January 4, 2012      By: _/s/ Elizabeth D. Laporte_
Dated

                                     Elizabeth D. Laporte
                            United States Magistrate Judge