UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>MIDLAND CREDIT MANAGEMENT,<br><br>    Defendant. | Case No.: 3:11-cv-3833-TEH<br><br>[~~PROPOSED~~] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE |

### [~~PROPOSED~~] ORDER ON STIPULATION OF DISMISSAL

Based upon the Stipulation of Dismissal by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the above referenced matter is hereby dismissed with prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   01/12/2012

_____
UNITED STATES DISTRICT JUDGE
Judge Thelton E. Henderson